IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00797

| | |
|---|---|
| ANDREW and JENNIFER JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>AMERITAS MUTUAL HOLDING COMPANY, AMERITAS LIFE INSURANCE COMPANY, INC., ALLISON TERLIP, AND SEAN ROBERTS,<br><br>Defendants. | **NOTICE OF REMOVAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Allison Terlip ("Terlip") hereby gives notice of removal of the above-referenced action from the North Carolina General Court of Justice, Superior Court Division (Warren County), Case No. 25CV000392-920, to the United States District Court for the Eastern District of North Carolina, and states:

1. On or about August 22, 2025, Plaintiffs Andrew and Jennifer Johnson ("Plaintiffs") commenced an action in the North Carolina General Court of Justice, Superior Court Warren County, styled Andrew and Jennifer Johnson v. Ameritas Mutual Holding Company, Ameritas Life Insurance Company, Inc., Allison Terlip, and Sean Roberts, Case No. 25CV000392-920 (the "State Court Action").

2. All process, pleadings, and orders filed in the State Court Action are attached hereto as **Exhibits A-I**.

3. Terlip was first served with a copy of the Summons and Complaint and General Civil Action Cover Sheet on November 25, 2025.

4. Thirty (30) days have not elapsed since such service on Terlip. (28 U.S.C. § 1446(b)(2)(B).)

5. Terlip has not yet filed an answer or other responsive pleading in the State Court Action. In filing this Notice of Removal, Terlip does not waive any defense or counterclaim she may have.

6. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1332 and it may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) because:

(a) Plaintiffs are individuals currently residing in Virginia who also maintain a home in North Carolina. For diversity purposes, Plaintiffs are citizens of the State of Virginia;

(b) Defendant Ameritas Mutual Holding Company ("Ameritas Mutual") is a Nebraska mutual holding company with its principal place of business at 5900 O Street, Lincoln, Nebraska. For diversity purposes, Ameritas Mutual is a citizen of the State of Nebraska. (28 U.S.C. § 1332(c)(1).);

(c) Defendant Ameritas Life Insurance Corporation ("Ameritas Life," and incorrectly named in the Complaint as "Ameritas Life Insurance Company, Inc.") is a Nebraska life insurance corporation registered to do business in North Carolina with its principal place of business at 5900 O Street, Lincoln, Nebraska. For diversity purposes, Ameritas Life is a citizen of the State of Nebraska. (28 U.S.C. § 1332(c)(1).);

(d) Defendant Allison Terlip is an individual currently residing in Florida;

(e) Defendant Sean Roberts is an individual who was a resident of Florida, may have become a resident of Colorado, and is not a resident of North Carolina;

(f) There is complete diversity between Plaintiffs, on the one hand, and Ameritas Mutual, Ameritas Life, Terlip and Roberts ("Defendants"), on the other; and

(g) According to Plaintiffs' Complaint, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff's complaint includes causes of action for fraud, breach of fiduciary duty, constructive fraud, negligent supervision, civil conspiracy, unfair and deceptive trade practices, *respondeat superior*, negligence and negligence per se, breach of contract. The Complaint seeks damages of at least $926,000.00. (*See*, Exhibit B, paras. 67-113 and 118.).

(h) Accordingly, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

7. All Defendants except Roberts consent to and join the removal of this action to this Court. Upon information and belief, Roberts has not been joined and served in this action. Counsel for Terlip has repeatedly contacted Roberts regarding whether he consents to the removal of this action and has not received a response.

8. Service of this Notice of Removal is being made on the Plaintiff and all other Defendants as shown by the attached certificate of service.

9. As required by 28 U.S.C. § 1446(d), Terlip will promptly file a copy of this Notice of Removal with the Warren County Superior Court.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the State Court Action is pending.

WHEREFORE, Terlip prays that this action be removed to this Court for all further proceedings, as though this action had originally been instituted in this Court. Defendant further requests that this Court assume jurisdiction over this action and proceed to a final determination thereof.

This the 9th day of December, 2025.

        YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
DAVID W. EARLEY
N.C. State Bar No.: 46577
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: david.earley@youngmoorelaw.com
*Attorneys for Ameritas Mutual Holding Company, Ameritas Life Insurance Corporation, and Allison Terlip*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the attorney listed below by U.S. mail:

Demian J. Betz
BETZ LAW, PLLC
615 South College Street, 9th Floor
Charlotte, NC 28202
Email: demian@betzlawpllc.com
*Attorneys for Plaintiffs*

I hereby certify that I served the foregoing on the following pro se party by mailing the foregoing to his last known address:

Sean Roberts
228 Weed Patch Drive
Freeport, FL 32439

This the 9th day of December, 2025.

              YOUNG MOORE AND HENDERSON, P.A.

           By: /s/ Christopher A. Page
              CHRISTOPHER A. PAGE
              N.C. State Bar No.: 19600
              DAVID W. EARLEY
              N.C. State Bar No.: 46577
              3101 Glenwood Avenue, Suite 200
              Raleigh, NC 27612
              Ph: 919-782-6860
              Fax: 919-782-6753
              Email: chris.page@youngmoorelaw.com
              Email: david.earley@youngmoorelaw.com
              *Attorneys for Ameritas Mutual Holding Company,*
              *Ameritas Life Insurance Corporation, and*
              *Allison Terlip*